RECEIVED
IN LAKE CHARLES, LA
NOV 1 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JOHN MAGEE, III | CIVIL ACTION NO. 04-2246-LC |
| VS. | SECTION P |
| JOHN ASHCROFT, ET AL. | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation filed in the record;

**IT IS ORDERED** that plaintiff's civil rights action in regard to his post-November 24, 2005 surgery claims be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available administrative remedies prior to the filing of suit as mandated by 42 U.S.C. §1997e.

**IT IS FURTHER ORDERED** that all other claims herein be **DISMISSED WITH PREJUDICE** as frivolous and as failing to state a claim.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 31 day of October, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE